Entered: September 15th, 2016
Signed: September 15th, 2016

**SO ORDERED**

ROBERT A. GORDON
U.S. BANKRUPTCY JUDGE

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
**(Baltimore Division)**

| | | |
|---|---|---|
| **IN RE:** | * | |
| **ANK, LLC** | * | **Case No.: 15-27357-RG** |
| **(Chapter 11)** | | |
| **Debtor.** | * | |
| | * | |

* * * * * * * * * * * * *

**ORDER GRANTING FIRST APPLICATION OF TYDINGS & ROSENBERG LLP, COUNSEL TO THE DEBTOR, FOR ALLOWANCE OF INTERIM <u>COMPENSATION AND REIMBURSEMENT OF EXPENSES</u>**

Upon consideration of the First Application of Counsel to the Debtor for Allowance of Interim Application and Reimbursement of Expenses (the “Application”) filed by Tydings & Rosenberg LLP (“T&R”) as counsel for ANK, LLC (the “Debtor”), for interim allowance of attorneys’ fees covering the period from the date of the bankruptcy filing (*i.e.*, December 17, 2015) through April 30, 2016, for fees in the amount of $12,352.37 and for reimbursement for actual and necessary out-of-pocket expenses incurred in the amount of $1,903.55, and any opposition thereto, this Court finding that notice of the Application was proper and sufficient and that cause exists to grant the relief requested in the Application, it is, by the United States Bankruptcy Court for the District of Maryland, ORDERED:

1. The Application is granted.

2. T&R is allowed compensation on an interim basis in the amount of $12,352.37.

3. T&R is allowed reimbursement of out-of-pocket expenses in the amount of $1,903.55.

4. T&R is authorized to apply its retainer against the fees and expenses allowed herein.

5. The fees and expenses allowed herein are allowed as an expense of administration.

cc: Catherine K. Hopkin, Esquire
Marissa K. Lilja, Esquire
Tydings & Rosenberg LLP
100 East Pratt Street, 26th Floor
Baltimore, Maryland 21202

**END OF ORDER**